**Order entered September 20, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01082-CV

**ERIC DRAKE, Appellant**

**V.**

**SAEROM CHOI, Appellee**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-08655**

## ORDER

Before the Court is appellant's September 15, 2017 motion to proceed in forma pauperis. We **GRANT** the motion to the extent that appellant is allowed to proceed without payment of the appellate court filing fees. *See* TEX. R. APP. P. 20.1(a), (c). We caution appellant that fees charged by the trial court clerk or court reporter for preparation of the appellate record are governed by Texas Rule of Civil Procedure 145. *See id.* 20.1(a).

/s/     CAROLYN WRIGHT
CHIEF JUSTICE